| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, Bar #122664 |
| | Federal Defender |
| 2 | CHARLES LEE, Bar #221057 |
| | Assistant Federal Defender |
| 3 | Designated Counsel for Service |
| | 2300 Tulare Street, Suite 330 |
| 4 | Fresno, CA  93721-2226 |
| | Telephone: (559) 487-5561 |
| 5 | Fax: (559) 487-5950 |
| 6 | Attorney for Defendant |
| | ISMAEL RODRIGUEZ-LORETO |
| 7 | |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:17-MJ-0064 SAB |
|---|---|
| Plaintiff, | **DEFENDANT'S MOTION TO EXONERATE BOND; ORDER** |
| vs. | |
| ISMAEL RODRIGUEZ-LORETO, | |
| Defendant. | |

Defendant Ismael Rodriguez-Loreto hereby moves the court under Fed. R. Crim. P. 46(g) for exoneration of the property bond and full reconveyance of the $50,000 Deed of Trust with Assignment of Rents currently on file with the Fresno County Recorder as Deed # 2017-0058536.

On April 26, 2017, the Court ordered Defendant Ismael Rodriguez-Loreto to post a secured bond with the Clerk's Office in the amount of $50,000.00.  Brenda Melgar posted a property bond on Mr. Rodriguez-Loreto's behalf on May 19, 2017[1].

///

///

///

---

[1] Deed number #2017-0058536. Receipt number 0004765841, recorded on May 12, 2017, 2017, with sole trustor Brenda Melgar.

Mr. Rodriguez-Loreto has self-surrendered to the Bureau of Prisons and is currently serving his sentence. (See Exhibit 1, attached). Since no conditions of the bond remain to be satisfied, Mr. Rodriguez-Loreto is now requesting that the $50,000 property bond be exonerated and the real property be reconveyed to Brenda Melgar pursuant to Rule 46(g) of the Federal Rules of Criminal Procedure.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: March 8, 2019

*/s/ Charles Lee*
CHARLES LEE
Assistant Federal Defender
Attorney for Michael Mathison

**ORDER**

The Court finds that Ismael Rodriguez-Loreto has complied with the conditions of his bond and that no conditions remain to be satisfied. IT IS HEREBY ORDERED that the Clerk of the Court exonerate the property bond in the above-captioned case secured by the $50,000 Deed of Trust with Assignment of Rents currently on file with the Fresno County Recorder (#2017-0058536) in the above-captioned case and reconvey the real property to Ms. Brenda Melgar, sole trustor.

IT IS SO ORDERED.

Dated: **March 8, 2019**

UNITED STATES MAGISTRATE JUDGE